FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22–0207

HELEN WEEMS AND JANE DOE,

      Plaintiffs and Appellees,

  v.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official capacity as Attorney General; and TRAVIS R. AHNER, in his official capacity as county Attorney for Flathead County,

      Defendants and Appellant.

**PROPOSED ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellees' motion for a 10-day extension of time,

and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellees are granted an extension of time

to and including September 16, 2022, within which to prepare, serve, and file their

response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 23 2022